P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

40,661-29

DATE 1-26-15

RE: EXTRAORDINARY WRIT
STATUS REQUEST

CLERK, I REQUEST TO KNOW THE STATUS OF THE POST-CONVICTION EXTRAORDINARY WRIT OF HABEAS CORPUS RECENTLY FILED WITH THIS COURT IN DECEMBER 2014. YOUR ASSISTANCE WITH THIS MATTER WOULD BE GREATLY APPRECIATED.

RESPECTFULLY,

Elijah Darnell

ELIGAH DARNELL JR #1695278
CLEMENTS UNIT
9601 SPUR 591
AMARILLO, TEXAS 79107-9606

RECEIVED IN
COURT OF CRIMINAL APPEALS
JAN 30 2015
Abel Acosta, Clerk